

**NUMBERS 13-21-00038-CV, 13-21-00039-CV, 13-21-00040-CV, 13-21-00041-CV, 13-21-00042-CV, 13-21-00043-CV, & 13-21-00044-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JOHNNY PARTAIN,** **Appellant,**

**v.**

**COMPASS BANK, ET AL.,** **Appellees.**

---

### On appeal from the 332nd District Court of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Hinojosa**

Appellant Johnny Partain, proceeding pro se, appeals separate judgments and/or orders in the foregoing cause numbers.[1] These matters are before the Court for

---

[1] These appeals each arise from the 332nd District Court of Hidalgo County, Texas, and consist of the following: (1) No. 13-21-00038-CV, *Johnny Partain v. Compass Bank*; (2) No. 13-21-00039-CV, *Johnny Partain v. J. E. Eddie Guerra, Carlos Gonzalez, Homer Jasso Sr., Rene Guerra, Rodolfo Gonzalez, Sergio*

appellant's failure to remit a filing fee. On March 9, 2021, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee in each appeal. The clerk notified appellant that the appeals were subject to dismissal if the filing fees were not paid within ten days from the date of receipt of this letter. *See* Tex. R. App. P. 42.3(b), (c).

This Court has the authority to dismiss an appeal for want of prosecution or because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Appellant has failed to respond to this Court's notices and has failed to pay the filing fees for these appeals. Accordingly, the appeals are dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
27th day of May, 2021.

---

*Valdez, Guadalupe Trevino, and County of Hidalgo*; (3) No. 13-21-00040-CV, *Johnny Partain v. Judge Manuel Banales*; (4) No. 13-21-00041-CV, *Johnny Partain v. Judge Robert Blackmon*; (5) No. 13-21-00042-CV, *Johnny Partain v. State of Texas*; (6) No. 13-21-00043-CV, *Johnny Partain v. McAllen Police Chief Victor Rodriguez, In His Official And Individual Capacities, and The City of McAllen*; and (7) No. 13-21-00044-CV, *Johnny Partain v. Fire Insurance Exchange*.

2